CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMIAH ANTHONY DOVE,<br>    Plaintiff, | Civil Action No. 7:14-cv-00473 |
| v. | **FINAL ORDER** |
| BETTY AKERS, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADGUDGED and ORDERED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 28th day of April, 2015.

                              /s/ Jackson L. Kiser
                              Senior United States District Judge